# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| TONY MARVIN MOORE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:14-CV-00004-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU WEBB, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Letter Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 9, 2015, Order.

Signed: January 9, 2015

Frank G. Johns, Clerk
United States District Court